UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE E. BRONSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALLARDO, et al.,<br><br>　　　　Defendants. | No. 1:24-cv-00344 GSA (PC)<br><br>ORDER DIRECTING THAT THIS ORDER AND A COPY OF THE COMPLAINT FILED IN THIS CASE BE FILED IN <u>BRONSON v. FRESNO FEDERAL COURTHOUSE</u>, No. 1:24-cv-00092 JLT CDB<br><br>(ECF No. 1)<br><br>PLAINTIFF'S FULL FILING FEE OR COMPLETED IN FORMA PAUPERIS APPLICATION AND SIX-MONTH TRUST STATEMENT DUE **MAY 6, 2024** |

　　　　Plaintiff, a county jail inmate pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Plaintiff has yet to file an in forma pauperis application which must also be accompanied by a copy of his six-month trust fund account statement. <u>See</u> 28 U.S.C. § 1915(a)(1)-(2). As a result, this matter has not yet been screened. Despite this fact, given the content of the complaint and for the reasons stated herein, the Clerk of Court will be directed to file this order along with a copy of the complaint in this case in <u>Bronson v. Fresno Federal Courthouse</u>, No. 1:24-cv-00092

1

JLT CDB (HC) ("Fresno Federal"), which is a habeas case that Plaintiff currently has open in this district.

## I. THE COMPLAINT

Although this matter has not been screened and Plaintiff has no other recently filed civil rights complaints open in this Court,[1] he has filed the original complaint in this case on an amended complaint form. See ECF No. 1 at 1 (amended civil rights complaint cover page). In addition, at the end of the complaint Plaintiff has attached the order to show cause that was issued earlier this month in Plaintiff's Fresno Federal habeas case. See ECF No. 1 at 9-14 (order to show cause in).

## II. RELEVANT FACTS

A review of Plaintiff's Fresno Federal habeas case indicates that on February 1, 2024, Plaintiff was ordered to show cause why his federal habeas petition should not be denied in part for failure to exhaust state remedies. See generally Fresno Federal, ECF No. 4. At that time Plaintiff was given twenty-one days to file the showing of cause. See id. at 5.

Plaintiff did not timely file a showing of cause in Fresno Federal. As a result, on March 1, 2024, the magistrate judge presiding over Fresno Federal issued an order recommending that the matter be dismissed for failure to prosecute, for failure to comply with a court order, and for failure to exhaust administrative remedies. See Fresno Federal, ECF No. 6. Plaintiff was given twenty-one days to file objections to the findings and recommendations. Id. at 5. Those findings and recommendation order is currently pending. On March 22, 2024, the instant complaint was docketed. ECF No. 1

## III. DISCUSSION

A review of the content of the instant complaint indicates that Plaintiff may have inadvertently combined his response to the order to show cause in his Fresno Federal habeas case with his intent to file a civil rights complaint related to Fresno County Jail failing to acknowledge him as an inmate who is protected under the Americans with Disabilities Act and/or to treat his

---

[1] The last complaint Plaintiff filed in this district was Bronson v. Gallardo No. 1:12-cv-00113 AWI DLB (PC-G), which was closed back in October 2014.

1 medical ailments accordingly. See generally ECF No. 1 at 4-6.  The Court makes this finding
2 because in addition to the fact that Plaintiff has attached the Fresno Federal order to show cause
3 to the instant "amended" complaint he has filed – a document which otherwise is irrelevant to the
4 instant complaint – in the complaint, Plaintiff also writes, "I turned in my notice of appeal on
5 February 16th sentenced December 20th sixty day deadline.  My arguement is my mail made it on
6 time." Id. at 3 (errors in original).  This statement, when considered with the order to show cause
7 attached to the instant complaint, is likely Plaintiff's response to the failure to exhaust issue raised
8 by the Fresno Federal Court in its showing of cause order.  Therefore,  the Court will direct the
9 instant complaint to be filed in Plaintiff's Fresno Federal case – along with a copy of this order –
10 so that the judges presiding over that matter may consider it.

11      In the interim, there still remains time for Plaintiff to file his six-month trust fund account
12 statement and to file an in forma pauperis application in this Court or, in the alternative, to pay
13 the filing fee in full.  Plaintiff has until May 6, 2024, to do both.  Once he has done so, the Court
14 will in due course screen the complaint.

15      Accordingly, IT IS HEREBY ORDERED that:

16     1. The Clerk of Court shall file the following documents in Plaintiff's Bronson v. Fresno
17 Federal Courthouse, No. 1:24-cv-00092 JLT CDB (HC) case:
18        a.  A copy of this order, and
19        b.  A copy of the complaint that has been filed in this case (see ECF No. 1); and
20     2. Plaintiff shall either pay the filing fee in full, or file a properly completed in forma
21 pauperis application along with a six-month trust fund account statement within the time that
22 remains, but no later than **May 6, 2024**.

23
24
25 IT IS SO ORDERED.

26    Dated: **March 25, 2024**        **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE
27
28

3