UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE E. BRONSON,<br><br>   Plaintiff,<br><br>   v.<br><br>GALLARDO, et al.,<br><br>   Defendants. | No.  1:24-cv-00344 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 3)<br><br>PLAINTIFF'S SHOWING OF CAUSE OR, IN THE ALTERNATIVE, HIS COMPLIANCE WITH FEE REQUIREMENTS TO BE COMPLETED BY **MAY 28, 2024** |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  ECF No. 1.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 25, 2024, Plaintiff was ordered to submit an application to proceed in forma pauperis or, in the alternative, to pay the filing fee in full.  ECF No. 3.  Plaintiff was given forty-five days in which to do so.  Id. at 1.  At that time Plaintiff was cautioned that failure to comply with the order would result in the dismissal of this case.  Id.

More than forty-five days have passed and Plaintiff has not complied with the Court's order nor responded to it.  Therefore, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order. However, in lieu of filing a showing of

cause Plaintiff may file an application to proceed in forma pauperis along with his six-month prison trust fund account statement consistent with 28 U.S.C. § 1915(a)(1)-(2).  Plaintiff will be given fourteen days to comply.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is ordered to SHOW CAUSE why this matter should not be dismissed for failure to comply with a court order; or

2. In lieu of filing a showing of cause, Plaintiff may file a completed application to proceed in forma pauperis and a six-month prison trust fund account statement (see 28 U.S.C. § 1915(a)(1)-(2)) or pay the filing fee in full, and

3. Within fourteen days from the date of this order – **by May 28, 2024**, – Plaintiff shall either file the showing of cause, or file the in forma pauperis application and the six-month prison trust fund account statement.

**Plaintiff is informed that absent exigent circumstances, no extensions of time to comply with this order will be granted.**

IT IS SO ORDERED.

Dated:   **May 14, 2024**               /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2