UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE E. BRONSON,<br><br>            Plaintiff,<br><br>      v.<br><br>GALLARDO, et al.,<br><br>            Defendants. | No.  1:24-cv-00344 KES GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 7) |

Plaintiff, a former county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2025, the assigned magistrate judge issued findings and recommendations that this matter be dismissed without prejudice due to plaintiff's failure to obey court orders and failure to keep the Court informed of his current address.  Doc. 7.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 5.  To date, plaintiff has not filed objections to the findings and recommendations and the time to do so has passed.

///

///

///

1

Although it appears from the docket that plaintiff's copy of the findings and recommendations was returned as undeliverable, plaintiff was properly served. *See* L.R. 182(f). This is the second time that plaintiff's mail has been returned to the Court.[1] More than thirty days have passed since plaintiff was required to file a notice of change of address with the Court. L.R. 183(b). Pursuant to Local Rule 182(f), service of documents at the prior address of record of the party is fully effective.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued March 11, 2025 (Doc. 7), are adopted in full;
2. This matter is dismissed, without prejudice, for plaintiff's failure to obey court orders and for his failure to keep the Court apprised of his current address; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 8, 2025

UNITED STATES DISTRICT JUDGE

---

[1] On June 4, 2024, the Court's order to show cause that had been sent to plaintiff's address of record was returned as "Undeliverable, Not in Custody, Temporarily Away, Unable to Forward."

2